IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAMIEN MAURICE BALARK,

   Plaintiff,

     v.

                        CIVIL ACTION FILE
                        NO. 1:12-CV-3428-TWT

UNNAMED DEFENDANT,

   Defendant.

## ORDER

This is a pro se civil action. It is before the Court on the Report and

Recommendation [Doc. 2] of the Magistrate Judge recommending closing this action

administratively. The Court approves and adopts the Report and Recommendation

as the judgment of the Court. This action should be closed.

SO ORDERED, this 13 day of December, 2012.


                /s/Thomas W. Thrash
                THOMAS W. THRASH, JR.
                United States District Judge