IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAMIEN MAURICE BALARK,

   Plaintiff,

    v.

UNNAMED DEFENDANT,

   Defendant.

CIVIL ACTION FILE
NO. 1:12-CV-3428-TWT

## ORDER

This is a pro se civil action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending closing this action administratively. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action should be closed.

SO ORDERED, this 13 day of December, 2012.

                                 /s/Thomas W. Thrash
                                 THOMAS W. THRASH, JR.
                                 United States District Judge